U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
**GALE L. SMITH,**
    **Plaintiff,**
  v.
**JPMORGAN CHASE BANK N.A.; SHELLPOINT MORTGAGE SERVICING; JPMORGAN CHASE & CO.; CHASE BANK, USA N.A.**
    **Defendants.**

Case Number: 1: 17-cv-00186

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

# SHELLPOINT MORTGAGE SERVICING

| | |
|---|---|
| NAME (Type or print) **REBEKAH A. CHILDERS** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/ **Rebekah A. Childers** | |
| FIRM **AKERMAN LLP** | |
| STREET ADDRESS **71 South Wacker Drive, 46th Floor** | |
| CITY/STATE/ZIP **Chicago, Illinois 60606** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **6305616** | TELEPHONE NUMBER **312-634-5700** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |