# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GALE L. SMITH, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK N.A.; SHELLPOINT MORTGAGE SERVICING; JPMORGAN CHASE & CO.; CHASE BANK, USA N.A. <br><br> Defendant. | Case No. 1: 17-cv-00186 <br><br> Hon. Judge Gary Feinerman |

## DEFENDANT SHELLPOINT MORTGAGE SERVICING'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Shellpoint Mortgage Servicing moves to dismiss all of plaintiff Gale L. Smith's counts asserted in the complaint (Dkt. no. 1), against Shellpoint. Specifically, counts I and II arising under the Real Estate Settlement Procedures Act, 12 U.S.C. 2601 et. seq. (**RESPA**); counts IV and V arising under the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et. seq.* (**ICF**A). The basis for this motion is fully set forth in Shellpoint's Memorandum of Law Supporting its Motion to Dismiss, which is incorporated herein by reference and filed contemporaneously.

DATED: April 17, 2017.

Respectfully submitted,

By: /s/ *Rebekah A. Childers*
Melissa E. Manning (ARDC #6288381)
Rebekah A. Childers (ARDC #6305616)
**AKERMAN LLP**
71 South Wacker Drive, 46th Floor
Chicago, IL 60606
(312) 634-5731 Telephone
melissa.manning@akerman.com
rebekah.childers@akerman.com

## CERTIFICATE OF SERVICE

A copy of the foregoing defendant Shellpoint Mortgage Servicing's Motion to Dismiss was filed electronically on April 17, 2017. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

By: /s/ *Rebekah A. Childers*
Melissa E. Manning (ARDC #6288381)
**AKERMAN LLP**
71 South Wacker Drive, 46th Floor
Chicago, IL 60606
(312) 634-5731 Telephone
(312) 424-1931 Facsimile
rebekah.childers@akerman.com