## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Gale L. Smith,

Plaintiff(s),

v.

JP Morgan Chase, Bank N.A., et al.,

Defendant(s).

Case No. 17 C 186
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendants JP Morgan Chase Bank N.A., Chase Bank, USA, N.A., JPMorgan Chase & Co., and Shellpoint Mortgage Servicing, LLC, and against Plaintiff Gale L. Smith.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 4/25/2017                      Thomas G. Bruton, Clerk of Court

                                     /s/ Jackie Deanes , Deputy Clerk